AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Southern District of New York

| | |
|---|---|
| LUIS FONSECA, individually and as guardian of P., his teenage daughter, an Infant, <br><br> *Plaintiff(s)* <br> v. <br><br> CITY OF NEW YORK, NEW YORK CITY DEPT. OF EDUCATION, JANICE BRUCE and MIGUELINA UREÑA <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **20cv1014** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of Education, City of New York
52 Chambers Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory Antollino, Esq.
275 Seventh Ave, 7th Floor
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **February 10, 2020**                          /s/ *S. James*

*Signature of Clerk or Deputy Clerk*

