UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS FONSECA, *individually and as guardian of P., his teenage daughter, an Infant*,

                      Plaintiff,

                      v.

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION, JANICE BRUCE, AND MIGUELINA URENA,

                      Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-29-20

20-CV-1014 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by May 1, 2020, as directed in the Court's February 11, 2020 Order. If the parties are unable to submit their joint letter and case management plan by May 1st, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    April 29, 2020
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge