

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Sharon Sprayregen
phone: 212-356-0873
fax: 212-356-2088
email: ssprayre@law.nyc.gov
(not for service)

April 30, 2020

**<u>Via ECF</u>**
Honorable Ronnie Abrams
United States District Court
40 Foley Square
New York, NY 10007

      Re:    *Fonseca v. City of New York, et al..,* 20-CV-1014 (RA)

Dear Judge Abrams:

      I am the Assistant Corporation Counsel assigned to the defense of the City of New York in above-referenced action, in which Plaintiff alleges, among other things, that his daughter was sexually harassed and New York City Department of Education (DOE) employees retaliated against him.

      I am writing to respectfully request: (1) a two-week extension, from May 1, 2020 to May 15, 2020 for the parties to submit the joint letter and case management plan; (2) a corresponding two adjournment of the initial conference, from May 8, 2020 to May 22, 2020, or a date thereafter that is convenient for the court; and (3) a two week extension, from May 5, 2020 to May 19, 2020, for Defendants City of New York and DOE to respond to the Complaint. Additional time is needed as a result of the situation with COVID- 19, in particular that I and the DOE are working from home, and emergency litigation in other matters.

      This is Defendants' second request for an extension. Plaintiff consents to this request. Thank you for your consideration of this request.

      Respectfully,

      /s/

      Sharon Sprayregen
      Assistant Corporation Counsel

cc:   Gregory Antollino, Esq.
      *Attorney for Plaintiff*
      275 Seventh Ave, Seventh Fl.
      New York, NY 10001
      (via ECF)

Application granted. The initial conference scheduled for May 8, 2020 is hereby adjourned to May 29, 2020 at 3:15 p.m., and will be held via telephone. The parties shall call into the conference by using the following dial-in information:

Call-in Number: (888) 363-4749
Access Code: 1015508

The parties shall file the joint letter and proposed case management plan no later than May 22, 2020. Counsel should also review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie abrams.

SO ORDERED.

Hon. Ronnie Abrams
5/1/2020