UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-26-20
```

LUIS FONSECA, *individually and as guardian of P., his teenage daughter, an Infant*,

              Plaintiff,

    v.

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION, JANICE BRUCE, AND MIGUELINA URENA,

              Defendants.

20-CV-1014 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the joint letter and proposed case management plan filed by the parties. The joint letter, however, does not indicate whether the parties can do without an initial status conference at this time, as directed by the Court's May 20, 2020 Order. Accordingly, the Court presumes that the parties wish to proceed with the initial conference on Friday, May 29, 2020 at 3:15 p.m. In light of the COVID-19 crisis, the Court will hold the conference by telephone. The parties shall use the dial-in information provided below to call into the conference:

    Call-in Number: (888) 363-4749
    Access Code: 1015508

    Counsel should also review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    May 26, 2020
         New York, New York

                                RONNIE ABRAMS
                                United States District Judge