

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Sharon Sprayregen
phone: 212-356-0873
fax: 212-356-2088
email: ssprayre@law.nyc.gov
(not for service)

August 11, 2020

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
8/12/2020

**Via ECF**
Honorable Ronnie Abrams
United States District Court
40 Foley Square
New York, NY 10007

Re:   *Fonseca v. City of New York, et al.,* 20-CV-1014 (RA)

Dear Judge Abrams:

   I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, James E. Johnson, counsel for Defendants the City of New York, New York City Department of Education, Janice Bruce, and Miguelina Urena ("Defendants"), in the above action. I write to inform the Court that the parties have agreed to pause discovery while we engage in settlement discussions, and I have committed to seeking settlement authority by September, 16, 2020. Due to motion practice in other cases in August, I cannot guarantee I will seek authority in August. Given this pause in discovery, the parties request a corresponding one month extension, from August 31, 2020 to September 30, 2020, for additional parties to be joined and amendment of the pleadings without leave of the Court. No other deadlines that require the Court's permission to adjourn occur prior to September 30, 2020.

Respectfully,

/s/

Sharon Sprayregen
Assistant Corporation Counsel

cc:   Gregory Antollino, Esq.
      *Attorney for Plaintiff*
      275 Seventh Ave, Seventh Fl.
      New York, NY 10001
      (via ECF)